FILED

JAN 17 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| CAROL LAFOUNTAINE, an individual, | |
|---|---|
| Plaintiff, | No. CV 17-95-H-SEH |
| vs. | ORDER |
| HOLIDAY AL MANAGEMENT SUB LLC, d/b/a Holiday Retirement, | |
| Defendant. | |

Defendant's Unopposed Motion to Reschedule Hearing[1] is GRANTED. The hearing on Defendant's Motion to Compel Arbitration[2] set for January 22, 2018, at 10:00 a.m. is VACATED and RESET to January 30, 2018, at 10:00 a.m. at the

---

[1] Doc. 15.

[2] Doc. 8.

-1-

Paul G. Hatfield Courthouse, Helena, Montana.

DATED this 17th day of January, 2018.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge