IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

FILED

JAN 3 0 2018

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| CAROL LAFOUNTAINE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HOLIDAY AL MANAGEMENT SUB LLC, d/b/a Holiday Retirement,<br><br>Defendant. | No. CV 17-95-H-SEH<br><br>ORDER |

On January 30, 2018, the Court conducted a hearing on Defendant's Motion to Compel Arbitration.[1]

Upon the record made in open court,

ORDERED:

1. Defendant's Motion to Compel Arbitration[2] is GRANTED.

2. The matter is referred to Judicial Arbitration and Mediation Services,

---

[1] Doc. 8.

[2] Doc. 8.

-1-

Inc., for arbitration in accordance with the terms and conditions of the Mutual Agreement to Arbitrate Employment Related-Disputes effective January 6, 2014.

3. All proceedings in this Court are stayed pending final resolution of the arbitration proceedings.

4. Defendant shall submit to the Court on or before February 2, 2018, a proposed form of order for reference of the matter to arbitration.

5. The parties shall submit a written report to the Court as to the status of arbitration proceedings not later than six months following reference to arbitration. Supplemental status reports shall be submitted to the Court each six months thereafter until arbitration is fully completed.

DATED this 30th day of January, 2018.

SAM E. HADDON
United States District Judge