FILED

JUL 10 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| CAROL LAFOUNTAINE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HOLIDAY AL MANAGEMENT SUB LLC, d/b/a Holiday Retirement,<br><br>Defendant. | No. CV 17-95-H-SEH<br><br>ORDER |

On January 30, 2018, the Court granted Defendant's Motion to Compel Arbitration.[1] The Court referred the matter "to Judicial Arbitration and Mediation Services, Inc., for arbitration in accordance with the terms and conditions of the Mutual Agreement to Arbitrate Employment Related-Disputes effective January 6, 2014."[2] The Court also ordered submission of written status reports "not later than six months following reference to arbitration" followed by supplemental status

---

[1] Doc. 18.

[2] Doc. 18 at 2.

reports six months thereafter until the conclusion of arbitration.[3]

On July 10, 2018, the Court received a Joint Status Report informing the Court that "Plaintiff has not yet filed her arbitration proceeding.[4] The Court conducted a telephone call with counsel for the parties the same day.

ORDERED:

1. The parties shall submit and file with the Court a joint written report as to the status of arbitration proceedings not later than 30 days from the date of this Order.

2. The written status report shall include a specific outline of the anticipated timetable necessary to carry out and complete submission of the case for resolution.

3. All other deadlines and requirements in the Court's January 30, 2018, Order remain in full force and effect.[5]

DATED this 10th day of July, 2018.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[3] Doc. 18 at 2.

[4] Doc. 20 at 1.

[5] Doc. 18.