FILED

1/9/2020

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| CAROL LAFOUNTAINE, an individual,<br><br>       Plaintiff,<br><br>vs.<br><br>HOLIDAY AL MANAGEMENT SUB LLC, d/b/a Holiday Retirement,<br><br>       Defendant. | No. CV 17-95-H-SEH<br><br>**ORDER** |

No challenge to the arbitration award having been filed, the Arbitration Award[1] of August 27, 2019, is confirmed.

ORDERED:

1. Holiday AL Management Sub LLC, d/b/a Holiday Retirement, referred to as Harvest Management Sub TRS Corp., is awarded attorneys' fees and costs against Plaintiff Carol LaFountaine in the amount of $13,565.84;

---

[1] Doc. 25-3.

2. Plaintiff Carol LaFountaine takes nothing on her claim;

3. Plaintiff Carol LaFountaine's claims are dismissed with prejudice; and,

4. The Clerk of Court shall enter judgment in favor of Holiday AL Management Sub LLC, d/b/a Holiday Retirement, referred to as Harvest Management Sub TRS Corp., consistent with the Arbitration Award[2] and Final Ruling on Respondent's Motion for Award of Attorney Fees and Costs.[3]

DATED this 9th day of January, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Doc. 25-3.

[3] Doc. 25-1.