UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| CAROL LAFOUNTAINE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HOLIDAY AL MANAGEMENT SUB LLC, d/b/a Holiday Retirement,<br><br>Defendant. | Case No. CV-17-95 -H-SEH<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 27), filed on 1/09/2020, Holiday AL Management Sub LLC, d/b/a Holiday Retirement, referred to as Harvest Management Sub TRS Corp., is awarded attorneys' fees and costs against Plaintiff Carol Lafountaine in the amount of $13,565.84; Plaintiff Carol Lafountaine takes nothing on her claim; Plaintiff Carol LaFountaine's claims are dismissed with prejudice.

Dated this 9th day of January 2020.

                                        TYLER P. GILMAN, CLERK
                                        By: /s/ Heidi Gauthier
                                        Heidi Gauthier, Deputy Clerk