IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| CAROL LAFOUNTAINE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HOLIDAY AL MANAGEMENT SUB LLC, d/b/a Holiday Retirement,<br><br>Defendant. | No. CV 17-95-H-SEH<br><br>**ORDER** |

On May 7, 2021, Defendant filed a Preliminary Pretrial Statement.[1] The Preliminary Pretrial Statement did not comply with the Court's Order of April 6, 2021.[2]

ORDERED:

Defendant shall, on or before **Tuesday, May 11, 2021,** file a preliminary pretrial statement that complies with all the requirements set forth in the Court's

---

[1] Doc. 47.

[2] Doc. 44 at 4-5; see Fed. R. Civ. P. 26(a)(1)(A)(ii).

Order of April 6, 2021.[3]

DATED this 7th day of May, 2021.

                                              */s/ Sam E. Haddon*
                                          SAM E. HADDON
                                          United States District Judge

---

[3] Doc. 44.