# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| CAROL LAFOUNTAINE, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> HOLIDAY AL MANAGEMENT SUB LLC, d/b/a Holiday Retirement, <br><br> Defendant. | No. CV 17-95-H-SEH <br><br> **ORDER** |

On August 2, 2021, Defendant has moved for Leave to File Arbitration Transcript and Exhibits Under Seal to maintain confidentiality of certain documents asserted to contain "confidential" information.[1]

The relevant documents may not be filed under seal.[2] Local Rule 26.4 of the Rules of this Court prohibits filing of the identified documents under seal and Defendant has not fulfilled the requirements to file redacted documents.[3]

---

[1] Docs. 60 at 2, 60-1, 62.

[2] Docs. 60 at 2, 60-1, 62; United States District Court for the District of Montana Local Rule 26.4(b)(1).

[3] United States District Court for the District of Montana Local Rule 26.4(b)(1) and (2).

ORDERED:

1.  Defendant's Unopposed Motion for Leave to File Arbitration Transcript and Exhibits Under Seal[4] is DENIED.

2.  The documents filed under seal in Docket 62 are STRICKEN.

3.  Defendant may, on or before **August 27, 2021,** file a motion in compliance with the requirements of Local Rule 26.4(b)(2).

DATED this 9th day of August, 2021.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[4] Doc. 60.