IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| CAROL LAFOUNTAINE, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br><br>Harvest Management sub TRS Corp.,<br><br>　　　　　　Defendant. | No.  CV 17-95-H-SEH<br><br><br>**ORDER** |

On August 23, 2021, Defendant filed a Motion for Leave to Redact and File Exhibits.[1] The motion does not comply with L.R. 7.1.

ORDERED:

Plaintiff's Motion for Leave to Redact and File Exhibits is DENIED

---

[1] Doc. 64.

without prejudice for failure to comply with L.R. 7.1. Plaintiff may resubmit the motion in proper form.

DATED this 1st day of September, 2021.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge