# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### HELENA DIVISION

CAROL LAFOUNTAINE, an
individual,

                    Plaintiff,

vs.


HARVEST MANAGEMENT SUB
TRS CORP., d/b/a Holiday
Retirement,

                    Defendant.

No.  CV 17-95-H-SEH

**ORDER**

The Court having granted Defendant's Motion for Summary Judgment[1],

ORDERED:

All pending motions[2] are DENIED as moot.

DATED this _30th_ day of December, 2021.

SAM E. HADDON
United States District Judge

---

[1] Doc. 73.

[2] Doc. 77.