UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| CAROL LAFOUNTAINE, AN INDIVIDUAL,<br><br>    Plaintiff,<br><br> vs.<br><br>HARVEST MANAGEMENT SUB TRS CORP.,<br><br>    Defendant. | Case No. CV-17-095-H-SEH<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 89), Judgment is entered in favor of the Defendant and against the Plaintiff.

  Dated this 30th day of December 2021.

        TYLER P. GILMAN, CLERK

        By: /s/ Heidi Gauthier
        Heidi Gauthier, Deputy Clerk